## MOORE v. THE STATE.

(Decided December 19, 1916.)

APPEAL from Winston Circuit Court.
Heard before Hon. BERNARD HARWOOD.
R. L. BLANTON and TRAVIS WILLIAMS, for appellant. W. L. MARTIN, Attorney General, for the State.
Per curiam.   Appeal dismissed for failure to file transcript.

---

## MUTUAL LOAN SOCIETY, INC., v. LEONARD.

(Decided November 28, 1916.)

APPEAL from Birmingham City Court.
Heard before Hon. H. A. SHARPE.
G. W. YANCEY, for appellant. DAVID S. ANDERSON, for appellee.
EVANS, J.   Affirmed on authority of *Mutual Loan Society, Inc., v. C. R. Stowe, infra,* 73 South. 202.

---

## MUTUAL LOAN SOCIETY, INC. v. MONTGOMERY.

(Decided November 28, 1916.)

APPEAL from Birmingham City Court.
Heard before Hon. H. A. SHARPE.
G. W. YANCEY, for appellant. DAVID S. ANDERSON, for appellee.
PELHAM, P. J.—Affirmed on authority of *Mut. Loan Soc., Inc., v. C. T. Stowe, infra,* 73 South. 202.

---

## PACKOS v. CITY OF BIRMINGHAM.

(Decided December 19, 1916.)

APPEAL from Jefferson Circuit Court.
Heard before Hon. WM. E. FORT.
No counsel marked for appellant. ROMAINE BOYD, and W. A. JENKINS, for appellee.
EVANS, J.—Affirmed for want of assignment of error.